UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                                  Plaintiff,

                  -against-

LEICA CAMERA INC.,

                                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/17/2025

25 Civ. 9513 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       To protect the public health, while promoting the "just, speedy, and inexpensive determination
of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and
30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via
telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule
30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or
designated under Rule 28" if such officer attends the deposition using the same remote means used to
connect all other participants, so long as all participants (including the officer) can clearly hear and be
heard by all other participants.  The parties are encouraged to engage in discovery through remote
means at every available opportunity.

       SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                   _____
                                                        ANALISA TORRES
                                                   United States District Judge